UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-21521-KMW

AUSTIN L. BECK,

      Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

      Defendant(s).       /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Austin L. Beck and Defendant, The Lincoln National Life Insurance Company by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated: April 4, 2018

| | |
|---|---|
| By: /s/ Alexander Palamara | By: /s/ Wendy Furman |
| ALEXANDER PALAMARA, ESQ. | WENDY FURMAN, ESQ. |
| Fla. Bar No. 37170 | Fla. Bar No. 0085146 |
| DELL & SCHAEFER | McDowell Hetherington, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 2101 NW Corporate Blvd., Suite 316 |
| Hollywood, FL 33020 | Boca Raton, FL 33431 |
| Ph. (954) 620-8300 | Ph. (561) 994-4311 |
| Fax: (954) 922-6864 | Fax: (561) 982-8985 |
| Alex@diattorney.com | wendy.furman@mhllp.com |