UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-21521-KMW

AUSTIN L. BECK,

      Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

      Defendant(s).       /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, AUSTIN BECK, and the Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, by and through their undersigned legal counsel hereby jointly stipulate and move that this cause be dismissed, with prejudice, each party bearing its own costs and attorney's fees.

DATED: May 3, 2018

| | |
|---|---|
| By: */s/ Alexander Palamara* | By: */s/ Wendy Furman* |
| ALEXANDER PALAMARA, ESQ. | WENDY FURMAN, ESQ. |
| Fla. Bar No. 37170 | Fla. Bar No. 0085146 |
| DELL & SCHAEFER | McDowell Hetherington, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 2101 NW Corporate Blvd., Suite 316 |
| Hollywood, FL 33020 | Boca Raton, FL 33431 |
| Ph. (954) 620-8300 | Ph. (561) 994-4311 |
| Fax: (954) 922-6864 | Fax: (561) 982-8985 |
| Alex@diattorney.com | wendy.furman@mhllp.com |