**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 17-cv-21521 -WILLIAMS**

AUSTIN L. BECK,

      Plaintiff,

vs.

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

      Defendant.

_____/

### ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation for dismissal

with prejudice.  (DE 20).  Upon review of the stipulation and the record, it is **ORDERED**

**AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear

its own attorneys' fees and costs.  All pending motions are **DENIED AS MOOT**.  All

hearings, trial settings, and deadlines are **CANCELED**.  The Clerk is directed to **CLOSE**

this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this _10_ day of May,

2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE